1   Henry Wilds
    E-55595/BW-113-L
2   P.O. Box 689                    E-filing    FILED
    Soledad,Ca 93960-0689
3

4   In-Pro-Se
                                              JUL 11 2008
5
                                      RICHARD W. WIEKING
6                                  CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                                              **CW**
10            SAN FRANCISCO DIVISION

11  HENRY WILDS.,                  CV No. **08      3348**
       plaintiff,                  )                        **(PR)**
                                   ) COMPLAINT UNDER THE CIVIL
12         v.                      )
                                   ) RIGHTS ACT, TITLE 42 U.S.C.
13  DONALD GINES,NARAYANSWAMY DAYALAN,)
    TIMOTHY W. FRIEDERICHS,QUAN DINH, ) 1983
14  INDERJIT GREWAL,CHRIS HILLEARY  )
       defendants.,                )  JURY TRIAL DEMANDED
15                                 )

16                  **INTRODUCTION**

17  This is an action pursuant to the Civil Rights Act of 1871,

18  Title 42 U.S.C. §1983, seeking redress for the deprevation of

19  the plaintiff's Federal Constitutional rights,as provided by the

20  **EIGHTH AMENDMENT** of the **CONSTITUTION OF THE UNITED STATES OF**

21  **AMERICA.** Also emerging out of the common nucleus of operative

22  fects are the torts of Negligence/Malpractice pursuant to the

23  laws of the State of California. Venue is proper in the Northern

24  District of California.

25                  **JURISDICTION**

26   1. The United States District Court for the Northern District

27  of California has lawful jurisdiction of the plaintiff's Federal

28  Constitutional claim pursuant to Title 28 U.S.C. §1331 and 1343,

                                1

1  and Title 42 U.S.C. §1983. This Honorable Court also has supple-

2  mental jurisdiction as to the plaintiff's California tort claims

3  pursuant to 28 U.S.C. §1367. The plaintiff seeks monetary damages

4  as well as attorney fees pursuant to Title 42 U.S.C. §1988.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6  2. The plaintiff is currently serving a term of imprisonment

7  under the custody and care of the California Department of Cor--

8  rections and Rehabilitation,currently housed at  the Correct-

9  ional Training Facility,(CTF),located in Soledad,California,

10  during relevant events referenced herein,commencing on September

11  23,1998. Within the CTF exists an Administrative Appeal process,

12  which consists of the following four (4) levels:

> 1. Informal Level          2. First Level
>
> 3. second Level            4. Director's level
>                               (which exhausts)

3. Commencing January 2,2008 the plaintiff did in fact propound

the deliberate indifference to his serious medical needs through

the CTF Administrative Appeal process. The CTF appeals coordin-

ator upon receiving the plaintiff's Administrative Appeal,app-

lied the log number of CTF-S-08-00041. The CTF appeals coordin-

ator further voluntarily elected to bypass the informal level.

The "First Level" response was provided to the plaintiff on

January 24,2008,within which a routine Neurosurgeon consult was

ordered. The "First Level" response further informed the plain-

tiff that the waiting period for the Neuro-consult would be 30-

90 days. Completly unsatisfied,the plaintiff resubmitted the

Administrative Appeal for "Second Level" review. The "Second

Level" response was provided to the plaintiff on February 22,

1   2008,within which the "First Level" response was simply reit-

2   erated.The plaintiff unsatisfied,and complying with the admini-

3   strative appeal process of the California Department of Correct-

4   ions and Rehabilitation forwarded the administrative appeal to

5   the final level,the director's level. On May 26,2008 the plain-

6   tiff received the direcors level response,thereby exhausting all

7   administrative remedies available within the California Depart-

8   ment of Corrections and Rehabilitation.

9                              **PARTIES**

10  4. The plaintiff Henry Wilds was incarcerated within the Corr-

11  ectional Training Facility,CTF,located in Soledad,California

12  commencing on September 23,1998 through to the present.

13  5. Defendant(s) Donald Gines, Narayanswamy Dayalan, Timothy

14  Friederichs, Quan Dinh, and Inderjit Grewal are or were Physic-

15  ians/Surgeons employed by the California Department of Correct-

16  ions and Rehabilitation,(CDCR), assigned to the Correctional

17  Training Facility,(CTF),located in Soledad,California during

18  relevant events described herein.

19  6. Defendant Chris Hilleary,is the CTF-MD's-Pharmacist-In-Charge

20  (PIC),charged with the duty of insuring that the CTF pharmacy's

21  policies and procedures reflect the current standards of medi-

22  cation prescription filling & distribution as enacted by Federal

23  law, California law, and the CDCR Health Care Services Division

24  are adhered to.

25              **DEFINITION OF FORMS UTILIZED BY THE**

26            **CALIFORNIA DEPARTMENT OF CORRECTIONS**

27                    **AND REHABILITATION**

28

7. The Correctional Training Facility (CTF),Medical Department documents it's actions on the following California Department of Corrections and Rehabilitation (CDCR) forms:

8. A "CDCR 7230" utilized for Physicians,diagnosis,examinations, observations,and/or any other relevant patient information.

9. A "CDCR 7243" utilized for Physicians to request specific medical services which are unavailable within CTF that a patient /prisoners medical condition may require. The 7243 is then directed to the Utilization Management Committee for approval and periodic review. Physicians have the option to direct the 7243 as  an emergency,urgent,or routine.

10. A "CDCR 128-C" utilized for Physicians to document any physical limitations a patient/prisoners medical condition may impose.

11. A"CDCR 7254" utilized for Physicians diagnoses,examination observations,and/or any other relevant patient/prisoner infor-mation.

12. A "CDCR 7221" utilized for actual Physicians orders follow-ing his/her examination of a patient/prisoner.

13. A CDCR 7263" utilized by patient/prisoners to request medi-cal attention.

14. A "CDCR 602" utilized by prisoners to Administratively Appeal any adverse action/decision which affects them.

<u>CAUSE IN FACT</u>

15. On March 11,1986 the plaintiff reported to the medical department at the Deuel Vocational Institution (DVI) complaining of pain in the lower back.

16. On march 11,1986 the plaintiff is medically examined by

Deuel Vocational Institution (DVI),Physician Doctor Ruangwit.

17. On March 11,1986 following his medical examination of the plaintiff DVI,Physician Doctor Ruangwit ordered that the plain-tiffs Lumbar spine be x-rayed. Doctor Ruangwit further noted that the plaintiff's pain is going down left (L) buttock and leg,with some numbness. (Exhibit # 1 Upper-Half)

18. On April 1, 1986 Orthopedic Surgeon Doctor Tucker Barth examined the plaintiff.

19. On April 1, 1986 subsequent to his examination of the plaintiff Orthopedic Surgeon Doctor Tucker Barth concluded that the plaintiff has "Obvious muscle spasm". In light of this medical diagnoses Doctor Barth noted," I don't think any furt-her treatment is indicated other than perhaps five-days worth of Motrin." (Exhibit # 1 Lower Half)

20. On April 22, 1987 the plaintiff arrived at the California Institution for Men (CIM).

21. On April 24, 1987 the plaintiff was medically examined by California Institution for Men(CIM) Physician Doctor Meyer.

22. On April 24 1987 CIM Physician Doctor Meyer subsequent to his medical examination of the plaintiff ordered that the plaintiffs Thoracic/Lumbar spine be X-Rayed to rule out Scoliosis.(Exhibit #2)

23. On April 24, 1987 following the previously ordered X-Rays CIM Radiologist J.P. Warren documented that the plaintiff was indeed "Negitive" for Scoliosis. (Exhibit # 2)

24. On April 24, 1987 Subsequent to his perusal of the Radio-logy report of Radiologist J.P. Warren,CIM Physician Doctor Meyer ordered as treatment that the plaintiff be administered

Motrin and Robaxin for a period of seven-days for lower back pain. CIM Doctor Meyer further ordered the plaintiff to perform some very specific  lower back exercises. (Exhibit # 3)

25. During the years between mid 1987 up to and including January 1990 the plaintiff was simply prescribed with general over the counter pain medications for his lower back pain.

26. In 1990 the plaintiff arrived at Corcoran State Prison.

27. Following numerous complaints the plaintiff was informed by medical staff at Corcoran state prison that they did not have his medical chart. (Exhibit #4)

28. On January 4, 1992 the plaintiff arrived at the California State prison Sacramento(CSP-Sac) Folsom.

29. On Jaunuary 4, 1992 the plaintiff was initially medically cleared for full duty (FD),and full health (FH) by medical Technical Assistant (MTA) D.Johnson.(Exhibit #5)

30. On March 16,1992 the plaintiff was summoned to the CSP-Folsom medical department.

31. Upon arrival at the CSP-Folsom medical department the plaintiff was medically examined by a CSP-Folsom physician.

32. Subsequent to an extinsive medical examination by a CSP-Folsom Physician,the plaintiff was prescribed 400mg Motrin, 500mg Robaxin,a complete blood count (CBC) and a Urinalysis (UA) (Exhibit #5)

33. The CSP-Folsom Physician further ordered that the plaintiff be issued a CDCR 128-C (Chrono)documenting the plaintiff's lower back syndrome and the need for a lower bunk.(Exhibit # 5)

34. On September 13,1993 the plaintiff arrived at the California State Prison-Lancaster (CSP-LAC).

35. Upon the plaintiffs arrival at CSP-LAC the intake medical technical assistant (MTA) noted the plaintiffs Scoliosis,the plaintiff's need for a lower bunk/lower tier CDCR-128-C (Chrono) and the fact that the plaintiff was currently proscribed Motin and Robaxin due to lower back pain. (exhibit #6)

36. On May 19, 1994 a CSP-LAC Physician re-prescribed the plain-tiff 400mg Motrin and 500mg Robaxin as treatment for the plain-tiff's lower back syndrom.(Exhibit # 7)

37. The CSP-LAC Physician further ordered that the plaintiff's lumbar spine X-rays be repeated.(Exhibit #7)

38. On June 14, 1994 a CSP-LAC Physician ordered the plaintiff be issued a extended CDCR-128-C (chrono),which documented that the plaintiff is on medically prescribed "Light-Duty" status and further documented that the plaintiff is not to lift over 25 Lbs,no climbing,and no long periods of standing.(Exhibit #7)

39. On October 31, 1994 the plaintiff again informed the CSP-LAC medical department that he is experiencing pain and tightness in his lower back.

40. On October 31, 1994 the plaintiff is medically examined by a CSP-LAC Physician.

41. Subsequent to the medical examination of the plaintiff by a CSP-LAC Physician,the plaintiff's prescribed Motrin dosage is increased from 400mg to 600mg,and the plaintiff's prescribed Robaxin dosage is increased from 500mg to 750mg.(Exhibit #8)

42. On September 21, 1998 the plaintiff arrived at the Correct-ional Traning Facility (CTF),located in Soledad California.

43. Upon arrival at CTF the plaintiff informed the intake med-ical staff of his serious lower back pain.The CTF medical staff

1  advised the plaintiff that a appointment with a CTF Physician

2  will be made immediately.

3  44. On November 23, 1998 the plaintiff is summoned to report

4  to the CTF-medical department.

5  45. Upon arrival to the CTF-medical department on November 23,

6  1998 the plaintiff is medically examined by CTF Physician

7  Inderjit Grewal.

8  46. CTF Physician/Surgeon Inderjit Grewal documented the plain-

9  tiff's serious medical condition on a CDCR 7254,(exhibit #9 1 of

10  2) Doctor Grewal  further documented on a CDCR 7221 that due to

11  the  plaintiffs "Back-pain" he is to be housed in a lower bunk,

12  lower tier for a period of 30 days. (Exhibit # 9 2 of 2)

13  47. On March 11, 1999 the plaintiff was summoned to report to

14  the CTF medical department.

15  48. Upon arrival to the CTF medical department the plainitff is

16  medically examined by CTF Physician/Surgeon Doctor Donald Gines.

17  49. Subsequent to the medical examination of the plaintiff by

18  CTF Physician/Surgeon Doctor Donald Gines,Doctor Gines documen-

19  ted on a CDCR 7230: Lumbar disc disease L4 W/-scoliosis,Doctor

20  Gines further ordered that the plaintiff be housed in a lower

21  bunk on the first tier. (Exhibit # 10)

22  50. CTF Physician/Surgeon Donald Gines documented on a CDCR-128-

23  C that : "Due to a medical condition (Lumbar Disc Disease)should

24  be housed in a lower bunk and first tier." Doctor Gines ordered

25  the plaintiff to be housed in this manner for an indefinite

26  duration. (Exhibit # 11)

27  51. On August 19, 1999 the plaintiff is summoned to report to

28  the CTF medical department.

52. On August 19,1999 the plaintiff was medically examined by CTF Physician/Surgeon Donald Gines,whereupon his diagnosis was documented on a CDCR 7230,as "Chronic low back pain w/lumbar disease w/scolosis." (exhibit # 12)

53. Doctor Gines further renewed the plaintiff's CDCR 128-C,which declared that the plaintiff is:"To stay at lower bunk status." (Exhibit # 12)

54. On September 2,1999 the plaintiff was medically examined by CTF Physician/Surgeon Narayanswamy Dayalan,whereupon his diagnosis was documented on a CDCR 7230 as,"Cholesterol 238 Dwn 11", and "Instructions regarding diet and exercise given."(Exh.#12)

55. On April 21,2002 the plaintiff was medically examined by CTF Physician/Surgeon Quan Dinh,whereupon his diagnosis was documented on a CDCR 7230,that the plaintiff's Ventral Hernia,"Is now stable",and to avoid standing,(Exhibit # 13 1 of 4).Doctor Dinh further oredered that the plaintiff be provided with "Abdominal Truss-Large" (Exhibit # 13 3 of 4)

56. On May 6,2002 the plaintiff is summoned to the CTF-Med.Dpt.

57. Om May 6,2002 upon reporting to the CTF-MD,the plaintiff is medically examined by CTF Physician/Surgeon Timothy W.Friederichs.

58. Subsequent to CTF Physician/Surgeon,Doctor Timothy Friederichs medical examination of the plaintiff,he documented his diagnosis on a CDCR 7230,which declared,that the plaintiff was indeed suffering from Sciatica in the lower right extrimity.(Exh.#13 1of4) Doctor Frederichs further prescribed as treatment "Back Exercises." (Exhibit # 13 3 of 4 & 4 of 4)

59. CTF Physician/Surgeon Doctor Friederichs further documented

1  on a CDCR 7230 that it is probable that the plaintiff is suff-

2  ering from Degenerative Disc Disease (DDD),lumbar spine W/

3  Radioulopathy rt LE (right lower extremity)(Exhibit # 13 3 of 4)

4  60. On May 14, 2002 CTF Radiologist Nelson H. Parker prepared

5  a X-ray report,within which he documented that the plaintiff

6  is in fact suffering from Degenerative Disc Disease (DDD).(Ex-

7  hibit # 14)

8  61. On May 21, 2002 CTF Physician/Surgeon Timothy W.Friederichs

9  acknowledges by affixing his signature that he did in fact

10  read CTF Radiologist Nelson H. Parker's X-ray report,(Exhibit

11  # 14)

12  62. On August 15,2007 Salinas Vally Radiologist INC.prepared a

13  Radiology report directed to CTF Physician/Surgeon Narayanswamy

14  Dayalan.Salinas Valley Radiologist INC.Radiologist Doctor Y-Lan

15  Nghiem-Ho documented that the plaintiff is indeed suffering

16  from Degenerative Disc Disease at L4/5 and L5-S1.(Exhibit # 15

17  1 of 2 )

18  63. Salinas Valley Radiologist INC,further documented in their

19  August 15, 2007 report that the plaintiff's serious medical

20  condition has worsened slightly than seen on prior study.

21  (Exhibit # 15 1 of 2 )

22  64. On September 18, 2007 the plaintiff is summoned to the CTF

23  medical department.

24  65. On September 18, 2007 upon arrival at the CTF medical de-

25  partment the plaintiff is medically examined by CTF Physician/

26  Surgeon Doctor Lee. (Exhibit # 16)

27  66. On September 18, 2007 CTF Physician/Surgeon Doctor Lee

28  submitted a CDCR 7243,upon which he requested that a M.R.I.

be performed on the plaintiff on a routine basis.(exhibit # 17)

CTF Physician/Surgeon Doctor  Lee     further documented on a

CDCR 7230 that the plaintiff's serious medical condition of

Degenerative Disc Disease (DDD) is "worse than before".(Exhibit

# 16)

67. On November 5, 2007 a M.R.I. was in fact performed on the

plaintiff.

68. On November 15,2007 the film from the plaintiff's November

5, 2007 M.R.I.  were submitted to Salinas Valley Radiologist INC

for interpretation.

69. On November 15, 2007 Salinas Valley Radiologist INC,Radio-

logist Doctor Arthur M. Nathanson prepared a report directed to

the CTF medical department,wherein he documented his professio-

nal diagnoses of the plaintiff's serious medical condition.

70. Salinas Valley Radiologist INC,Radiologist Doctor Authur

M.Nathansons report   · declared that the plaintiff is indeed

suffering from a slight disc buldging,L4/5 shows virtually

complete obliteration of the Central Canal. (Exhibit # 18 1 of 2)

71. On December 19, 2007 CTF Physician Physician/Surgeon Doctor

Narayanswamy Dayalan submitted a CDCR 7243 wherein he requested

that the plaintiff be Neurologically examined.(Exhibit # 19)

72. On January 2, 2008 the plaintiff ,frustrated by the contin-

ual delay in treating his serious medical needs,filed a CDCR

Administrative Appeal.

73. On January 24, 2008 the first level of the plaintiff's

CDCR Administrative Appeal was responded to by CTF medical

departments Registered Nurse (RN),L. Fernandez.

74. On Feburary 3, 2008 the plaintiff resubmitted his CDCR Administrative Appeal,requesting second level review.

75. On Feburary 14, 2008 in response to CTF Physician/surgeon Doctor Narayanswamy Dayalan's December 19, 2007 CDCR 7243,the plaintiff is transported to the office of Neurosurgeon Donald Ramberg.

76. On Feburary 22, 2008 the Second level of the plaintiff's Administrative Appeal was responded to by Joseph Chudy,CMO-CTF·

77. On February 25, 2008 the plaintiff unsatisfied with the second level response forwarded his Administrative Appeal,log number CTF-S-08-00041 to the Director level for review.

78. On April 28, 2008 the plaintiff was transported to the Sierra Vista Medical Center,Located in San Luis Obispo,Califor- nia,where Neurosurgeon Donald Ramberg performed "Lumbar Fusion" Neurological Surgery on the plaintiff.(Exhibit# 20  1 of 2,2 of 2)

79. On May. 6, 2008 the plaintiff was transported back to the Correctional Training Facility,CTF,located in Soledad,California for necessary after care.

80. On May 6,2008 upon returning to the Correctional Training Facility,(CTF), the transporting Correctional Officers placed the plaintiff in a wheel-chair and proceeded,(per protocal) to the CTF-MD's Emergency Treatment Area,(ETA) to insure the plain- tiff receives continuity of care proportional to that of Sierra Vista Medical Center.

81. On May 6.2008 upon arriving at the CTF-ETA,the transporting Correctional Officers provided the ETA Registered Nurse with Sierra Vista Medical Center's,"Discharge Prescription Orders", signed by Neurological Surgeon Donald Ramberg,Which documented

1  the plaintiff is to be administered 800 mg.Motrin for pain.(See

2  Exhibit # 21)

3  82. On May 6,2008 the ETA-RN,subsequent to examining Sierra

4  Vista Medical Center,"Discharge Prescription Orders",contacted

5  CTF Physician/Surgeon Inderjit Grewal and advised Doctor Grewal

6  of the "Discharge Prescription Orders".

7  83. On May 6,2008 CTF Physician/Surgeon Inderjit Grewal gave the

8  CTF-ETA Registered Nurse a verbal order (VO) to complete a CDCR

9  7221,documenting the plaintiff is prescribed 800 mg Motrin three

10  times per day as needed.(Exhibit # 22)

11  84. On May 6,2008 the CTF-ETA Registered Nurse transmitted the

12  CDCR 7221 to the CTF pharmacy pursuant to protocol.

13  85. On May 7,2008 the CTF pharmacist in charge (PIC), Chris

14  Hilleary received the CDCR 7221,and thereupon completed the first

15  half of his mandatory duty,i.e.,to fill the prescription of 800

16  mg Motrin.

17  86. On May 7,2008 the CTF pharmacist in charge,(PIC) Chris

18  Hilleary  did not insure the plaintiff received the prescribed

19  pain medication of 800 mg Motrin.

20  87. On May 15,2008 after enduring disabling pain for nine days

21  attempted to notify the Nurse while she was making her rounds

22  to check on the newly arrived prisoners,who are confined to

23  their cells,that he was in disabling pain,and needed his May 6,

24  2008 ordered Motrin.

25  88. On May 16,2008 the plaintiff unable to reasonably indepen-

26  dently function walked to the CTF-MD to personally request his

27  May 6,2008 prescribed pain medication.

28

89. On May 16,2008 upon arrival at the CTF-MD the plaintiff was instructed to,"get away from the door".

90. On May 16,2008 the plaintiff,while struggling to return to his assigned housing unit,was noticed by California Department of Corrections and Rehabilitation,(CDCR), Correctional Lieutenant Benidetti,who after realizing the plaintiff was severly distressed,asked,"Are you alright?".

91. On May 16,2008 the plaintiff explained to CDCR Lieutenant Benidetti,that he had major invasive Lumbar Surgery ten (10) days ago,and had not received any pain medication at all.

92. On May 16,2008 CDCR Lieutenant Benidetti contacted the plaintiff's housing unit,(B-Wing) and ordered one of the housing unit Correctional Officers,(Baker) to escort the plaintiff to the CTF-MD to secure the plaintiff's pain medication.

93. On May 16,2008 while being escorted by CDCR Correctional Officer,(CO) Baker to the CTF-MD the plaintiff unable to proceed requested to sit down in "Y"-Wing. This request was honored by C/O Baker.

94. On May 16,2008 while the plaintiff was attempting to recuperate from the struggle of going to the CTF-MD,C/O Baker telephoned ahead to the CTF-MD to assure that upon arrival the plaintiff would in fact be obtaining his May 6,2008 ordered pain medications.

95. On May 16,2008 when CDCR C/O Baker telephoned the CTF-MD and spoke with CTF-MD Nurse Lopez. C/O Baker asked Nurse Lopez if the plaintiff's May 6,2008 ordered pain medications were available. Nurse Lopez informed C/O Baker that Nurse Payne had Checked and the plaintiff had no medications prepared for distribution.

96. On May 16,2008 recognizing the plaintiff was in disabling pain,C/O Baker personally went to the CTF-MD,while the plaintiff remained in "Y"-Wing.

97. On May 16,2008 upon arrival at the CTF-MD C/O Baker conversed with CTF-MD registered Nurse Regosa,who stated she would look into the plaintiff's Unit Health Record (UHR).

98. On May 16,2008 after 30-35 minutes CTF-MD Registered Nurse (RN) Regosa telephoned "Y"-Wing and informed the on duty C/O to instruct the plaintiff to report to the CTF-MD at 11:30(am) to retrive his May 6,2008 ordered pain medication(s).

99. On May 16,2008 at 11:30(am) the plaintiff reported to the CTF-MD to retrive his May 6,2008 ordered pain medication. The plaintiff was informed by the on duty pharmacy technician that no medication was available. The pharmacy technician instructed the plaintiff to wait while he telephoned the ETA-RN.

100. On May 16,2008 the ETA-RN informed the pharmacy technician that the plaintiff's May 6,2008 ordered pain medication will be "sent-up" shortly,& to instruct the plaintiff to wait.

101. On May 16,2008 the plaintiff after waiting 20-30 minutes was approached by the Pharmacy techninian and given a CTF-409 (hospital pass) to return to the CTF-MD at 1300 hrs.(Exhibit #24)

102. On May 16,2008 at 1300 hrs the plaintiff reported to the CTF-MD and was medically examined by CTF-MD Physician/Surgeon Narayanswamy Dayalan.

103. On May 16,2008 subsequent to his examination of the plaintiff,CTF-MD Physician/Surgeon Narayanswamy Dayalan prescribed 800mg Motrin,and ordered the plaintiff to be provided with a double mattress. (Exhibit # 25)

104. On May 16,2008 subsequent to CTF-MD Physician/Surgeon
Narayanswamy Dayalan's examination the plaintiff was provided
with Forty-Two (42) tablets of 800mg Motrin for pain.

105. On May 28,2008 the plaintiff received the Director of the
CDCR response to his administrative appeal,thereby exhausting
all remidies available within the CDCR. (Exhibit # 26 1of2 and
2 of 2)

VIOLATION OF THE PLAINTIFFS

FEDERAL CONSTITUTIONAL RIGHTS

106. The plaintiff hereby incorporate by referance the allegat-
ions contained in paragraphs 15 through 105.

107. The actions/conduct of Defendant InDERJIT GREWAL, on 19 No
vember 1998, 23 November 1998, 26 January 2001, 24 June 2003 and
21 February 2008 which Denied and Delayed the plaintiff from
receiving constitutionally adequate medical care, as provided
by the 8th Amendment of the United States Constitution, consti-
tuted Deliberate Indifferance to the plaintiffs serious medical
needs and further contributed to and proximately caused a vio-
ation of the plaintiffs federal constitutional rights as provid-
ed by the **EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.**

108. The actions/ conduct of Defendant DONALD GINES, on 11 march
1999 an 19 August 1999 which Denied and delayed the plaintiff
from receiving constitutionally adequate medical care, as provided
by the 8th Amendment of the united states constitution, consti-
tuted Deliberate Indifferance to the plaintiffs serious medical
needs and further contributed to and proximately caused a vio-
lation of the plaintiffs federal constitutional rights as pro-
vided by the **EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.**

109. The actions/conduct of Defendant TIMOTHY W. FRIEDERICHS ON 6
May 2002 and 21 May 2002 which Denied/Delayed the plaintiff from
receiving constitutionally adequate medical care, as provided by
the 8th Amendment of the united states constitution, constituted
Deliberate Indifferance to the plaintiffs serious medical needs
and further contributed to and proximately caused a violation of

17.

1  the plaintiffs federal constitutional rights as provided by the

2  **EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.**

3  110.The actions/conduct of Defendant QUAN DINH,on 26 march 2003,

4  30 September 2002 and 14 June 2004 which Denied/Delayed the

5  plaintiff from receiving constitutionally adequate medical care,

6  as provided by the 8th Amendment of the united states constitut-

7  ion,constituted Deliberate Indifferance to the plaintiffs serious

8  medical needs,and further contributed to and proximately caused

9  a violation of the plaintiffs federal constitutional rights as

10 provided by the **EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUT-**

11 **ION.**

12 111.The actions/conduct of Defendant NARAYANSWAMY DAYALAN,on

13 11 March 1999, 5 August 1999 and 13 August 2007 which Denied/De-

14 layed the plaintiff from receiving constitutionally adequate

15 medical care as provided by the 8th Amendment of the united

16 states constitution,constituted Deliberate Indifferance to the

17 plaintiffs serious medical needs and further contributed to and

18 proximately caused a violation of the plaintiffs federal consti-

19 tutional rights as provided by the **EIGHTH AMENDMENT OF THE UNITED**

20 **STATES CONSTITUTION.**

21

22              **VIOLATION OF CALIFORNIA LAW**

23 112.The plaintiff hereby incorporates by referance the allegat-

24 ions contained in paragraphs,15 through 105

25 113.Pursuant to california penal code section 673,"It shall be

26 unlawful to use in the reformatories,institutions,...any cruel

27 corporal or unusal punishment,...or allow anylack of care

28 whatever which would injure or impair the health of the prisoner

1  inmate or person confined..."

2  114.Pursuant to california law a allegation of malpractice/neg-

3  ligence can only be proven through the testimony of an expert

4  in the medical field at issue.That expert must attest to the

5  fact that the standard of care of defendant(s) fell below the

6  standard of care physicians and/or surgeons are required to

7  possess in both diagnoses and treatment of human illness which

8  is that reasonable degree of knowledge and skill exercised by

9  reputable physicians practicing according to the applicable

10  legal standard of care.

11  115Pursuant to california evience code section 669:DUE CARE;

12  FAILURE TO EXERCISE:

13  A.The failure of a person to exercise due care is presumed if:

14  1.He violated a statute,ordinance or regulation of a public

15  entity;

16  2.The violation proximately caused death or injury to person or

17  property;

18  3.The death or injury resulted from an occurance of the nature

19  which the statute,ordinance or regulation was designed to pre-

20  vent;and

21  4.The person suffering the death or injury to his person or pro-

22  perty was one of the class of persons for whose protection the

23  statute,ordinance or regulation was adopted.

24  116.The actions/conduct of defendant,INDERJIT GREWAL,on 19 Novem-

25  ber 1998,23 November 1998,26 January 2001,24 June 2003 and 21

26  February 2008 by allowing his standard of medical care to the

27  plaintiffs serious medical needs to fall below the degree of

28  knowledge and skill ordinarily possessed and exercised by mem-

1 bers of their profession in similar circumstances constituted

2 negligence/malpractice pursuant to the laws of the state of cali-

3 fornia.

4 117.The action/conduct of defendant,INDERJIT GREWAL,on 19 No-

5 vember 1998, 23 November 1998, 26 January 2001, 24 June 2003 and

6 21, February 2008 constituted a breach of california penal code

7 section 673 and california department of corrections and re-

8 habilitation health care services division operational pro-

9 cedures which imposes a mandatory duty designed to protect a-

10 gainst the particular injury(s) the plaintiff suffered.

11 118.The actions/conduct of defendant,DONALD GINES,11 March 1999

12 and 19 August 1999,by allowing his standard of medical care to

13 the plaintiffs serious medical needs to fall below the degree of

14 knowledge and skill ordinarily possessed and exercised by mem-

15 bers of their profession in similar circumstances constituted

16 negligence/malpractice pursuant to the laws of the state of cali-

17 fornia.

18 119.The actions/conduct of defendant,DONALD GINES,on 11 March

19 1999 and 19 August 1999,constituted a breach of california penal

20 code section 673 and california department of corrections and

21 rehabilitation health care services division operational pro-

22 cedures which imposes a mandatory duty designed to protect a-

23 gainst the particular injury(s) the plaintiff suffered.

24 120.The actions/conduct of defendant,TIMOTHY W.FRIEDERICHS,on 6

25 May 2002 and 21 May 2002 by allowing his standard of medical

26 care to the plaintiffs serious medical needs to fall below the

27 degree of knowledge and skill ordinarily possessed and exercis-

28 ed by members of their profession in similar circumstances con-

1  stituted negligence/malpractice pursuant to the laws of the

2  state of california.

3  121.The actions/conduct of defendant,TIMOTHY W.FRIEDERICHS on 6

4  May 2002 and 21 May 2002 constituted a breach of california penal

5  code section 673 and california department of corrections and

6  rehabilitation health care services division operational pro-

7  cedures which imposes a mandatory duty designed to protect

8  against the particular injury(s) the plaintiff suffered.

9  122.The actions/conduct of defendant,QUAN DINH,on 26 March 2002

10  30 September 2002 and 14 June 2004 by allowing his standard of

11  medical care to the plaintiffs serious medical needs to fall be-

12  low the degree of knowledge and skill ordinarily possessed and

13  exercised by members of their profession in similar circum-

14  stances constituted negligence/malpractice pursuant to the laws

15  of the state of california.

16  123.The actions/conduct of defendant,QUAN DINH,on 26 March 2002

17  30 September 2002 and 14 June 2004 constituted a breach of cali-

18  fornia penal code section 673 and california department of cor-

19  rections and rehabilitation health care services division op-

20  erational procedures.

21  124.The actions/conduct of defendant,NARAYANSWAMY DAYALAN,on 11

22  March 1999, 5 August 1999 and 13 August 2007,by allowing his

23  standard of medical care to the plaintiffs serious medical needs

24  to fall below the degree of knowledge and skill ordinarily pos-

25  sessed and exercised by members of their profession in similar

26  circumstances constituted negligence/malpractice pursuant to the

27  laws of the state of california.

28  125.The actions/conduct of defendant,NARAYANSWAMY DAYALAN,on 11

1  March 1999,5 August 1999,and 13 August 2007 constituted a breach

2  of California Penal Code § 673 and California Department of Corr-

3  ections and Rehabilitation,Health Care Services Division Operat-

4  ional Procedures which imposes a clearly established duty de-

5  signed to protect against the particular injury(s) the plaintiff

6  suffered.

7  126. The actions/conduct of defendant Chris Hilleary on May 6&7,

8  2008 constituted a breach of California Penal Code § 673,and

9  California department of Correction and Rehabilitation,Health

10  Care Services Division,Operational Procedures which imposes a

11  clearly established duty designed to protect against the particu-

12  lar injury(s) the plaintiff suffered.

13                            **RELIEF REQUESTED**

14  **WHEREFORE,** the plaintiff **HENRY WILDS** request this Court to grant

15  the following relief:

16  A. Award Compensatory damages in the following amounts:

17   1. $750.000 jointly and severally against defendant(s) DONALD

18  GINES, NARAYANSWAMY DAYALAN, TIMOTHY W. FRIEDERICHS, QUAN DINH,

19  INDERJIT GREWAL,and CHRIS HILLEARY    ,for the physical and men-

20  tal injury(s) the plaintiff has been forced to sustain as a

21  result of their Deliberate Indifference and/or Medical Malprac-

22  tice/Negligence.

23  B. Award Punitive damages in the following amounts:

24   1. $75,000 each against defendant(s), TIMOTHY W. FRIEDERICHS,

25  NARAYANSWAMY DAYALAN, QUAN DINH, and INDERJIT GREWAL.

26   2. $10,000 each against defendant(s),DONALD GINES, and CHRIS

27  Hilleary.

28  C. Cost of this action,including reasonable Attorney Fee's to the

1  plaintiff; and

2  D. Such other relief the Court may deem appropriate.

5  DATED: 6-4-08

8                    RESPECTFULLY SUBMITTED

10          _Henry Wilds_
11          Henry Wilds In-Pro-Se

13  //

16  //

20  //

24  //

27  //

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10

11      HENRY WILDS.,              )    No._____
             plaintiff.,           )
12                                 )    EXHIBITS AS REFERENCED IN
                                   )
13           V.                    )    THE ATTACHED COMPLAINT OF
                                   )
14                                 )    THE PLAINTIFF
     DONALD GINES et al.,          )
15        defendants.,             )
                                   )

16

17

18

19

20

21

22

23

24

25

26

27

28

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

195
20
195
19
21ᵪ

**Reason for Consultation**

Please help see this 30 y/o man with 5yr history of low back pain only recently, pain is going down Ⓛ buttock + leg with some numbness. Has smaller quadri aps + calf on Ⓛ > Ⓡ

**Signature of Referring Doctor**   X-ray L-S. Spine pending   **Date** 3-11-86

1. _Ruananih_

**Consultant's Report**

Mr. Wilds has a history of back pain for five years. He says he was beaten up with some sticks or bats while he was in Folsom. He has been seen there, he was seen in Chino. He has back pain with left sciatica, about as far as the knee. He says he occasionally has paresthesias. There is obvious muscle spasm upon regaining the upright position. There is positive straight leg raising at about 50 degrees bilaterally with contralateral referral of pain. Flexion exercises, I think, are all that he needs right now. I don't think any further treatment is indicated other than perhaps five days worth of Motrin.

**Signature of Consultant**

Tucker Barth, M.D., ORTHOPEDIST    _Tucker Barth_    ORTHOPEDIST    **Date** 4/1/86

**Name of Patient**    Wilds, Henry    **Number** B-86065

**Hospital**

DEUEL VOCATIONAL INSTITUTION

**CONSULTANT'S RECORD**    Orthopedic Clinic

CDC 7243 (Rev. 9/77)

CIM EAST – DR. MEYER

HOSPITAL OF
CALIFORNIA INSTITUTION FOR MEN
CHINO, CALIFORNIA

CIM EAST

Radiology Report

NAME ___WILDS, HENRY___ NO. ___B-86065___ DATE ___4-24-87___

X-RAY of ~~CHEST INTAKE~~    HISTORY ___AP THORACIC/LUMBAR SPINE.  R/O SCOLIOSIS.___

**NEGATIVE**

J. P. WARREN, M.D.

ALLERGY

| DATE | TIME | |
|------|------|---|

Received at C.I.M.-E this date........., and medical records screened. Needs the following work done immediately........ ASAP.

APR 22 1987

J.H.Bennett MTA

4/24/87  7²⁰ᵃᵐ  Claims low back injury for 1980, while in
Folsom Prison. States he was beat ē
B/P- 124/74  six kapples, States the low back pain
WT- 216 lb  radiates down thru his (L) leg, effecting
strength and coordinated movement—
Will refer to Dr Meyer for evaluation ētx—
W Speakman —

11/11/87  Has used this 180 scale ☺

① motrin q i d  ⎫
② Robox in q i d  ⎬ × 7
③ Back exercises  ⎭

[illegible handwritten lines]

Signature

MMK (circled)

NAME  Wilds, Henry                    NUMBER  B-E6065

OUTPATIENT MEDICAL RECORD          (OVER)              7:35

CDC 7254 (Rev. 9/77)                              44-c

No MED CHART

| ALLERGY | | NKA |
|---|---|---|
| DATE | TIME | |

7-7-90 — 1000 — 1 - HAVE A INFLAMED APPENDIX; ALSO, HX
OF ULCERS; I HAVE BEEN ON TAGOMET
AND IT HELP
O. V.S 98.4. + 2⁴/72 - 78 78 - SKIN WARM + DRY
NO DISTENTION @ R/H @ BOWEL SOUNDS PRESENTS
STOMACH SOFT TO THE TOUCH, NO REBOUND
TENDERNESS EXPRESSED.
P. 1.M. TO DR. TO REVIEW AND REVALUATE
STATED CONDITION; 1.M. UNCO-OPERATIVE
FOR MEDICAL HISTORY MTA Randolff

10 Oct 91   B/P - 110/80 ℞
O Heart — RSR s̄ (m)
A ⊕
P ⓢ EKG / MRighty                    B W

OCT 25 1991   HR reviewed.                   M Johnson MTA

NOV 21 1991   Filed 602 wanting a copy of a laborato.
report concerning another inmate. Denied.
Medical information is confidential.
M Johnson MTA

NOV 22 1991   SOA — wants Simethacone for flatulence
M Johnson MTA
B W

DEC 19 1991   SOA — wants Metamucil for gas. Says Simethacone
not helping.
M Johnson MTA

| NAME | | | NUMBER |
|---|---|---|---|
| Wilds | | 4A1R | E 55595 |

(OVER)

**OUTPATIENT MEDICAL RECORD**

CDC 7254 (Rev. 9/77)

DEPARTMENT OF CORRECTIONS                                                STATE OF CALIFORNIA

| ALLERGY | | |
|---|---|---|
| DATE | TIME | |

**1-4-92** — H.R. reviewed CSP-Fac B. Old cross noted + dated 1986 about seizures. No medication of such in chart. Back c/o's also noted. Cleared for FB/FH at this time ———— _N. Johsson RN_

**1-9-9~** — No Show SC                    _Freeman MTA_

**16th March 92** — Pt. has chronic Low Back Syndrome needs Motrin, Robaxin reviewed will do
**8:30 AM** — Also needs chrono for Lower Bunk. He has a problem climbing the top bunk. Dad is Undesirable ——
H&P & Xray LSSpine done.

Plan Chrono: 1. For Medical Reasons —
        Lower Bunk chrono Recorded
        e 6 Weeks
    2. Motrin 400 mg qid e 30 days
    3. Robaxin 500 mg qid e 30 d
    4. CBC ) in AM
    5. UA )                  _P. Harlod_

**1-13-92** **0900** — Lab drawn from 3-9-92 and 3-16-92 order. ——— _C. Miller MTA_
**6-17-92** **0900** — Sick Call: (S) Requests med renewal — presented med envelopes x2.
        (O) Hx of Motrin +Robaxin use for "Chronic Low Back Syndrome".
        (A)(P) Chart to Dr. for med eval. ——— _C. Miller MTA_

**6/28/92** — H/R Recev'd. CSP "A" Fac/Ad-Sg ——— _R. Pearson_

NAME **WILDS**                                                NUMBER **ESSS95**

(OVER)

**OUTPATIENT MEDICAL RECORD**

CDC 7254 (Rev. 9/77)

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

INSTITUTION  CSP / LAC     DATE OF ARRIVAL  9-13-93     FROM  FOLSOM

## CURRENT MEDICAL/DENTAL/PSYCHIATRIC PROBLEMS/COMPLAINTS

Current Illness/Health Problems (Specify):

LB injury. SCOLIOSIS (Chrono for Lower Tier / Bunk

History of alcohol/drug abuse (specify type, mode of use, amounts, frequency, any withdrawal):

∅

History of hospitalization/treatment for mental illness/suicide (include dates and location):

FOR LBP

Other (Specify):

## CURRENT MEDICATIONS  Allergies

List medications/dosage/frequency:

MOTRIN / ROBAXIN

## GENERAL APPEARANCE AND BEHAVIOR

Behavior (include state of consciousness, mental status, appearance, conduct and tremor):

good

Body deformities (note location/ease of movement):

missing little toe ℞ foot.

Condition of Skin (include trauma, lesions, jaundice, rashes, needlemarks):

good

## DISPOSITION

☑ Release to Custody

☐ Release to Custody with PROMPT referral to (specify): _____

☐ IMMEDIATE referral to (specify): _____

Special needs: _____

Remarks: _____

Signature: _____     MD/RN/MTA  Date: 9- 93

INMATE'S NAME  WILDS, HENRY     CDC NUMBER  E-55595

CDC 7277 (2/87) HEALTH SCREENING FOR NEW COMMITMENT INMATES

DOB  2/14/56

| TIME | PROBLEM # | |
|------|-----------|---|

1/16/93 — Refill Pobax ī 500 mg QID
400 g QID / 30 day,
Hylicenti cm BID anti 10 day
Allergi rash on _____

MAY 19 1994 — Refill:
Motrin 400 mg QID
Robaxin 500 mg QID / 30 day
for Chronic low back pain
syndme
Repeat LS xray, c hx of LBS.
Diet & exercise.

6-9-94 CDC 602 answered and returned to
inmate. J Parish mta

6/14/94 Chrono: light duty; no heavy lifting more than
25/lbs. No climbing, no long stairs.
x for 1 yr. for LBS. P/s added (no weight pile)

JUL 2 2 1994 Refusal signed for x ray - detail

INSTITUTION  CSP/LAC
Allergic PCN

ROOM / WING   A. C4-235L

CDC NUMBER, NAME (LAST, FIRST, MD)
WILDS, Henry
E55595

**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

CDC 7254 (8/89)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7254 (8/89)

DEPARTMENT OF CORRECTION:

## OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES
### (CONTINUED FROM REVERSE)

| DATE | TIME | PROBLEM # | |
|------|------|-----------|---|
| 8-19-94 | | | Drew Lab _____ NTA |
| 10/31/94 | | | Pt c/o pain & tightness in lower back. |
| | | | On. Walking × 2 weeks. |
| | | | Roan w/ |
| | | | S/P. CB Injury × 1983. — Sarwins of spine. |
| | | A | Chr. LBP. |
| | | P | ℞ Motrin 600 mg po q4-6h prn } (4) |
| | | | Robaxin 750 mg po BID } MED |
| chrono complete 11/04/94 | | (chr) | Extend chrono of 6/20/94 Dr M Gonzales |
| | | | re — Restricted duty × 6 mts |

| DATE | TIME | PROBLEM # | |
|------|------|-----------|---|

9/23/98 — There is no his of siocue disoeder
B/p 110/84 sitting
X119 Full duty status
R. Jewell MD

RECEIVED

SEP 21 1998

RECEIVED CTF MEDICAL

11/23/98 5⁸ here for LBP ————— 089)72
B/P 110/80 ARP to OMD
wt 249 ⑤ rkg ch. Back Pain c̄ occ.
referred to rt. L/E sin ca 1980.
Now Pain ↑ x 3 wks.

O — 8pm̄ — no deformity ( tenders
No Paravertebral Tenderness
SLR — neg (Bil)
A ⊙ ch. Back Pain —
P ⊙ S.O.

(I. GRENAL)

STITUTION: CTF

ROOM / WING: X-119

CDC NUMBER, NAME (LAST, FIRST, MD)
E 55595
W. Lds

**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

DC 7254 (8/89)
TE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 11/19/98 | | | ① Robaxen - 500g TID - po x K days |
| 11/19/98 | | | ② Motrin - 400g TID - po x 30 days |
| | | | ③ Chrono :- |
| | | | I/m may be housed in lower bunk / lower tier  X 30 days |
| | | | Back Pain |
| | | | [signature] |
| | | | RN noted 1110 11/19/98  (1 GRAM) |
| 3/11/99 | | | Renew 1. Robaxin 500g T Tid po prn ) 30 days |
| | | | 2. Motrin 800g T Tid po prn ) |
| | | | Chrono due to lumbar disc disease inmate should be housed in 1st tier lower bunk + should be limited in activity |
| 3/12/99 | | | [signatures] |
| | | | 4TW |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| [NKDA] | CTF | X-119 |

Confidential
client information
See W & I Code, Sections 4514 and 5328

| CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|
| E55595 |
| Wilds |

# PHYSICIAN'S ORDERS

| DATE | TIME | |
|------|------|---|
| 9/ul/99 | 1015 | 44 y.o. B/M int chronic c/o LBP. |
| | | V/S: 112/80, 80, 16, 98.4  WT: 237# Aller: PCN. |
| | | [illegible handwritten notes] lumbar disc dryness, L4 = Sciatica 14 yrs |
| | | (history). Denies refill of meds + |
| | | Motrin r/he = he has back 1st tin |
| | | — [illegible] |
| 8/5/99 | 1385 | C/O ¢ PALPITATION ni LIGHTHEADEDNESS. STATED HAVE |
| | | FAMILY HISTORY OF CARDIOVASCULAR DISEASE. |
| | | VS: PRP-150/94 ; 80 ; 18 ; 98.4  [illegible] |
| | | S [illegible] A [illegible] |
| | | [illegible handwritten lines] BP with Past |
| | | used to Ne Strength of Avocado |
| | | ⊙ P 60 Reg BP 140/90 L arm |
| | | [illegible] carotid felt no bruit |
| | | [illegible] |
| | | that no [illegible] |
| | | Abd [illegible] |
| | | Ext no edema |
| | | Lungs: WNL |
| | | A    HTN |
| | | P    as control [illegible] |

**PHYSICIAN'S PROGRESS NOTES**

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CTF-c | | E120 | Wilde  E99599 |

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

BW-113c

NAME AND NUMBER  WILDS        E-55595              CTF-Central        CDC-128-C

Inmate WILDS E-55595, due to a medical condition (lumbar disc disease) should be housed in a lower bunk and first tier.

DURATION:    Indefinite.

ORIG:  C-FILE
COPY:  UNIT SGT.                           D. GINES, M.D.
        INMATE                            STAFF PHYSICIAN
        CONTROL                           CORRECTIONAL TRAINING FACILITY
        ASSIGN. LT.
        CCI
        MEDICAL FILE
        CHRONO FILE

DATE: 3/12/99        WILDS        E-55595        cjw        MEDICAL-PSYCHIATRIC-DENTAL

| DATE | TIME | |
|------|------|---|
| 8/19/99 | | 44 year old B/M to clinic for LBC *(illegible)* B/P 130/90 P84 |
| | | As above. chronic low back p 2° to lumbar disc disease |
| | | c Sciatica. Hypertens 20 yrs -- *(illegible)* |
| | | P - To stay at *(illegible)* back Status |
| | | *(signature)* |
| 9-2-99 | S | F/up c DR. DAYALAN ————— |
| | O | T 98.6  P 88  R 22  B/P 122/90  wt 243  J. Elliott TA |
| | | S/A *(illegible)* |
| | | *(illegible)* no cough but |
| | | O   Neck *(illegible)* |
| | | *(illegible)* |
| | | *(illegible)* no *(illegible)* |
| | | Na 138  K 5-3. |
| | | Chloride 238  DWN 11 |
| | | Creatin 1-5 - SBuS 22. |
| | | A  HTN  *(illegible)* to *(illegible)* *(illegible)* |
| | | P  *(illegible)* ordered |
| | | Instruction regarding diet + |
| | | Exercise given |
| | | *(signature)* |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|-------------|-----------|----------|-------------------------------------|
| CTF | | E 124 | Wilds  E55595 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 4/5/02 | 1000 | HTN meds exp'd. Renewed. to be seen by MD prior to next renewal. B/P 170/78 P 80 ⸻ ＿Brown |
| 4/24/02 | 1930 | 46 y.o. blk ♂ into clinic c/o umbilical hernia. ⸻ V/S: 132/86, 102, 20, 98.9. Wt: 269#. NKDA. ⸻ Thayer Pt c/o hernia & stomach that's occas painful. Abd. 3-4 cm ventral hernia above umbilicus, reducable ventral hernia — stable, dry dress, RTC if painful or worse. Inform Pt to avoid straining. ⸻ ＿Dr. ___, DNP |
| 5-6-02 | 0835 | S. 46y "Radiating Hip pain x 2 wks" 98³-72-16 124/68 271# & wants Prostate v'd to MD ⸻ Olee Sciatica FLE |
| 5-6-02 | 10 00 | (S) pain that "burns," goes from the top of the (Rt) foot back up the (Rt) leg to (Rt) hip area. nocturia x3 (O) Back — fair ROM SLR (+) on (Rt) @ 60° DTR's - 2+ (−) on (Lt) symmetric Next Page Rectal — NAM Prostate - No Nodules Hemoccult - Neg |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|---|---|---|---|
| C 77 | | E 124 | Wilde E555-95 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 5-6-02 | 10⁰⁰ | (A) Probable DDD Lumbar Spine c̄ Radiculopathy (Rt) LE |
| | | (P) See Orders |
| | | reassurance re prostate |

T. Friederichs

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| DATE | TIME | |
|------|------|---|
| 5-13-02 | 11¹⁰ | CBC — 3.7 |
| | | 16.0   44.1 |
| | | Lipids — Chol — 223      HDL - ↓ 36 |
| | | Trigly — 160 |
| | | Cr - 1.9 |
| | | (P) F/u Appt for dietary counselling + uA |

T. Friederichs

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-----------------------------------|
| | | | E55595 |
| | | | Hilds |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/26/02 | 1000 | 1 | abdominal truss - large |
| | | | _signature_ |
| | | | noted RPW 4/26/02 105 |
| 5-8-02 | 1000 | 1 | Xrays — (Rt) Hip & LS Spine |
| | | 2 | Motrin 600 mg ī BID pc X 14 da |
| | | 3 | C-20 Lipid Panel, CBC, PSA |
| | | 4 | Back Exercises |
| | | | — GIVEN    J. Friederichs |
| | | | TIMOTHY W. FRIEDERICHS, M.D. STAFF PHYSICIAN & SURGEON CTF - SOLEDAD |
| 5-13-02 | 11 10 | 1 | F/u Appt ī myself 5-20-02 |
| | | | J. Friederichs |
| Noted 5-13-02 1115 | | | TIMOTHY W. FRIEDERICHS, M.D. STAFF PHYSICIAN & SURGEON CTF - SOLEDAD |

ALLERGIES:  NKDA        INSTITUTION  CTF-C        ROOM/WING  E124

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Wilds

E55595

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 00  35617        DEPARTMENT OF CORRECTIONS



**1.**

Lie on your back with knees bent and hands clasped behind neck. Feet flat on the floor. Take a deep breath and relax. Press the small of your back against the floor and tighten your stomach and buttock muscles. This should cause the lower end of the pelvis to rotate forward and flatten your back against the floor. Hold for five seconds. Relax.



**2.**

Lie on your back with knees bent. Feet flat on the floor. Take a deep breath and relax. Grasp one knee with both hands and pull as close to your chest as possible. Return to starting position. Straighten leg. Return to starting position. Repeat with alternate leg.



**3.**

Lie on your back with knees bent. Feet on the floor. Take a deep breath and relax. Grasp *both* knees and pull them as close to your chest as possible. Hold for three seconds, then return to starting position. Straighten legs and relax.



**4.**

Lie on your back with knees bent. Feet flat on the floor. Take a deep breath and relax. Draw one knee to chest. Then point leg upward as far as possible. Return to starting position. Relax. Repeat with alternate leg.

NOTE: This exercise is useful in stretching tight hamstring muscles, but is not recommended for patients with sciatic pain associated with a herniated disc.





**5.**

**a.** Lie on your stomach with hands clasped behind back. Pull shoulders back and down by pushing hands downward towards feet, pinching shoulder blades together, and lift head from floor. Take a deep breath. Hold for two seconds. Relax.

**b.** Stand erect. With one hand grasp the thumb of other hand behind the back, then pull downwards toward the floor; stand on toes and look at the ceiling while exerting the downward pull. Hold momentarily, then relax. Repeat 10 times at intervals of two hours during the working day. Take an exercise break instead of a coffee break!



**6.** Stand with your back against doorway. Place heels four inches away from frame. Take a deep breath and relax. Press the small of your back against doorway. Tighten your stomach and buttock muscles, allowing your knees to bend slightly. This should cause the lower end of the pelvis to rotate forward (as in Exercise 1). Press your neck up against doorway. Press both hands against opposite side of doorway and straighten both knees. Hold for two seconds. Relax.

**The following exercises (7, 8, 9) should not be started until you are free of pain and the other exercises have been done for several weeks.**



**7.**

Lie on your back with your legs straight out, knees unbent and arms at your sides. Take a deep breath and relax. Raise legs one at a time as high as is comfortable and lower to floor as slowly as possible. Repeat five times for each leg.



**8.**

May be done holding onto a chair or table. After squatting, flex head forward, bounce up and down two or three times, then assume erect position.



**9.**

Lie on your back with knees bent. Feet flat on floor. Take a deep breath and relax. Pull up to a sitting position keeping knees bent. Return to starting position. Relax. Having someone hold your feet down facilitates this exercise.

A SERVICE OF RIKER LABORATORIES, INC.

PRINTED IN U.S.A.

# Exercises for better back care

## General Instructions

Your best back support is derived from your own back muscles! Faithful performance of back exercises often avoids the necessity of an external brace or corset. Back muscles can give you all the support needed if you strengthen them by routine performance of prescribed exercises.

## Exercises

Follow the exercise routine prescribed by your doctor. Gradually increase the frequency of your exercises as your condition improves, but stop when fatigued. If your muscles are tight, take a warm shower or tub bath before performing your back exercises. Do not be alarmed if you have mild aching after performing exercises. This should diminish as your muscles become stronger.

Exercise on a rug or mat. Put a small pillow under your neck. Wear loose clothing; no shoes. Stop doing any exercise that causes pain until you have checked with your doctor.

## Additional Instructions

SEE BACK OF THIS PAGE
FOR RECOMMENDED EXERCISES.

# Helpful hints for a healthy back

### Standing and walking



**Correct  Incorrect    Correct  Incorrect**

Try to toe straight ahead when walking; put most of your weight on your heels; hold your chest forward and elevate the front of the pelvis as if walking up an incline. Avoid wearing high heels. Stand as if you are trying to touch the ceiling with the top of your head, eyes straight ahead. All the elements of good posture will flow from these simple maneuvers.

### Sitting



**Correct                Incorrect**

Sit in a hard-back chair with spine pushed back; try to eliminate the hollow in the lower back. If possible, elevate the knees higher than hips while sitting in an automobile. Secretaries should adjust posture chairs accordingly. Sit all the way back in the chair with your back erect.

### Lifting



**Correct                Incorrect**

Bend your knees; squat and lift with your thigh muscles, not your back. Never bend over with your knees straight and lift with the upper torso.

Move slowly and avoid sudden movements. Try to avoid lifting loads in front of you above the waist line. Avoid bending over to lift heavy objects from car trunks, as this places a strain on low back muscles.

### Sleeping



Sleep on a firm mattress; a ¾ inch plywood bed board is helpful and should be used with all but a very firm orthopedic mattress. With acute back pain, sleep with a pillow or blanket rolled under the knees and a pillow under the head. Keep your knees and hips bent when sleeping on your side.

### Driving



**Correct                Incorrect**

Use a firm seat with a padded plywood or special seat support. Sit close to the wheel with knees bent. On long trips, stop every one to two hours and walk to relieve tension and relax muscles.

### Working



**Correct                Incorrect**

Try to avoid fatigue caused by work requiring long standing. Flex hips and knees by occasionally placing a foot on a stool or bench. Take exercise breaks from desk work by getting up, moving around and performing a few back exercises in the standing position.

# X-RAY REPORT

**DEPARTMENT OF CORRECTIONS**
**CORRECTIONAL TRAINING FACILITY**

| | | | | |
|---|---|---|---|---|
| **NAME:**<br>WILDS, HENRY | **CDC #:**<br>E-55595 | **CELL:**<br>E-124 | **DOB:**<br>02/14/56 | **DATE:**<br>05/10/02 |

**EXAM REQUESTED:**
LUMBAR SPINE

**CLINICAL DATA:**
BACK PAIN

**REFERRING PHYSICIAN:**
T. FRIEDERICHS, M.D.          *22  5-21-02*

**RADIOGRAPHIC REPORT:**

**LUMBAR SPINE:**  AP and lateral survey views of the lumbar spine are
obtained on 05/10/02.

There is hypertrophic spurring of the margins of the L5 vertebral body,
as well as the anterior aspect of the S1 vertebra, consistent with
degenerative disc disease involving the L5-S1 intervertebral disc space.
The L4-5 interspace is also slightly narrowed.  No other intrinsic bone
or joint pathology is seen.  The remaining interspaces are intact.  There
is no acute trauma.

**IMPRESSION:**

THERE IS EVIDENCE OF DEGENERATIVE DISC DISEASE INVOLVING THE L5-S1
INTERSPACE, WITH HYPERTROPHIC SPURRING OF THE MARGINS OF THIS INTERSPACE.


05/14/02                     *NHP*                          NHP/gmj
DATE READ          NELSON H. PARKER, M.D.                   05/14/02
                         RADIOLOGIST

# SALINAS VALLEY RADIOLOGISTS, INC.

A MEDICAL GROUP

559 Abbott Street • Salinas, California 93901

Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. LISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
F. SCOTT PERELES, M.D.

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>HENRY-E55595 WILDS | **ACCOUNT NO**<br>9457632 | | **RADIOLOGY NUMBER**<br>9032611 |
| **AT THE REQUEST OF**<br>NARAYANSWAMY DAYALAN MD<br>CTF SOLEDAD<br>P O BOX 686<br>SOLEDAD, CA 93960 | **DATE OF BIRTH**<br>02/14/1956 | **AGE/SEX**<br>51/M | **DATE OF SERVICE**<br>08/15/2007 |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

## LUMBAR SPINE

HISTORY: 51- year-old man presents with history of low back pain.

FINDINGS: Frontal, lateral and coned down views of the lumbar spine are submitted for review. Findings are compared with prior study from May 10, 2002.

There is straightening of the normal lumbar lordosis. The bone density is normal with normal trabecular pattern. Marginal osteophytes are seen at L4, L5 and S1 vertebral bodies anteriorly. The marginal osteophytes are slightly more prominent, especially at L4-5 level as compared to prior study. Mild disk height narrowing seen at L4-5 level with moderate disk height narrowing at L5-S1 level. Vacuum disk phenomenon is seen at L4-5 and L5-S1 level. The paraspinal soft tissue is normal. The sacroiliac joints are within normal limits.

IMPRESSION: Spondylosis consistent with degenerative changes of the lumbar spine. This is slightly worse than seen on prior study. There is degenerative disk disease at L4-5 and L5-S1 levels, also slightly worse than seen on prior study.

## SACRUM AND COCCYX

FINDINGS: Frontal and lateral views of the sacrum and coccyx are submitted for review. Findings are compared with the lumbar spine from May 10, 2002.

The sacrum and coccyx show normal bony alignment. Bone density is normal with normal trabecular pattern. Focal area of sclerosis is seen of the right sacroiliac joint joint in the superior region. This is unchanged from prior study. The sacral neural arch is symmetric bilaterally. Soft tissue is normal. Bony spurring of the lower lumbar spine consistent with degenerative changes.

IMPRESSION:

Patient:     HENRY-E55595 WILDS
D.O.B.:      02/14/1956
Account #:   9457632

## Continued: Page 2 of 2

1.  Focal sacroiliitis seen of the right sacroiliac joint superiorly. This is unchanged from prior study.
2.  Degenerative changes of the lower lumbar spine.


Thank you for referring your patient to us,

Y-Lan Nghiem-Ho, MD
YLH/nw
8/22/07

| DATE | TIME | |
|------|------|---|
| 9/18/7 | 1415 | S: "No longer have low back pain but have numbness of (L) leg + pain in buttock. Was doing burpee ~5 wks ago." |
| | | O: Pleasant + coop. Ambulatory fine. General: NAD |
| | | Back: Full ROM. ⊖ SLR. ⊖ sitting SLR. Mild c/o pain ® buttock c̄ (L) leg raise. |
| | | VS: 149/91, 64       XRAY lumbar: DDD worse L4-5↑ than before. Spondylosis. |
| | | A/P ① LBP - Spondylosis/DDD - stable for now. Cont. back exercises. No burpees. Motrin 600 T.D. Will order MRI lumbar. F/U c̄ MRI prn. |
| | | ② HTN - refill meds. |
| | | [signature] Veen P |

INSTITUTION: CTF    HOUSING UNIT: B113L

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Wilds
E55595

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

B 113L

| PATIENT NAME Wilds Henry | CDC NUMBER E 55595 | INSTITUTION CTF |

DATE OF BIRTH 2/14/56   EPRD DATE  Life 7/16/2013   GENDER M

PRINCIPLE DIAGNOSIS  LBP   ICD - 9 CODE 724.2   CPT CODE(S)

REQUESTED SERVICE(S) MRI Lumbar   # OF DAYS RECOMMENDED

*Please circle all that apply:* **Diagnostic Procedure/Consultation**   **Outpatient/Inpatient**   **Initial/Follow-up**

Requested Treatment/Service is:   **EMERGENT**   **URGENT**   **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: MRI   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* 51 y/o c/o acute-chronic low back pain c̄ numbness (L) leg & buttock pain x 4-6 wks.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): XRAY 8/07: Spondylosis + DDD L4-5, L5-S1 Focal sacroilitis (R) sacroiliac joint.

Comments (diagrams, risk factors, prognosis, alternative management, etc.): NSAID + ROM exercise.

| REQUESTING PHYSICIAN PRINTED NAME Allen | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 9/24/07 |
| REQUESTING PHYSICIAN SIGNATURE | DATE 9/18/7   Utilization management tracking #: 07108-14-OP-0824 | |

DATE OF CONSULTATION   PRINTED NAME OF CONSULTANT

FINDINGS: MRI DONE 11/5/07 IS _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| ETA RN SIGNATURE | DATE 11/5/7 | Wilds |
| PCP SIGNATURE | DATE | E 55595 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICE(S)   CDC 7243 (Rev. 11/02)

# SALINAS VALLEY RADIOLOGISTS, INC.

A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
F. SCOTT PERELES, M.D.

*Dr. Papalan*

*X-30-07*

**PATIENT NAME**
HENRY-E55595 WILDS

**ACCOUNT NO**
9463035

**RADIOLOGY NUMBER**
9032611

**AT THE REQUEST OF**
TIMOTHY FRIEDERICHS MD
PO BOX 686
SOLEDAD, CA 93960

**DATE OF BIRTH**
02/14/1956

**AGE/SEX**
51/M

**DATE OF SERVICE**
11/05/2007

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

MRI LUMBAR SPINE

HISTORY: The patient is a 51 year-old male with acute and chronic low back pain and numbness in the left leg.

PROCEDURE: Scanning performed at 1.5T in multiple planes with various standard and/or modified spin echo and/or gradient echo sequences to observe morphology and tissue signal characteristics. These will be detailed as may be appropriate in the report below.

FINDINGS: The bones, disks and soft tissues are normal down to and including L2-3. However, at L3-4 we see tight central spinal stenosis and moderate foraminal stenosis from a combination of both congenital and acquired pathology. There is only slight disk bulging. L4-5 shows virtually complete obliteration of the central canal, again I believe, because of short pedicles congenitally, but also at least a moderate degree of disk protrusion or annular bulging. The foramina at this level are moderately encroached upon also. The L5-S1 level is not as severely stenotic centrally and the neural foramina likewise are not as constricted as the level above, but nonetheless there appears to be circumferential annular bulging and encroachment on the ventral thecal sac. There are also some chronic degenerative endplate signal changes here as well, and on the parasagittal images, the foramina seem to be encroached upon moderately, at least.

IMPRESSION: Moderate disk disease, most severe at L5-S1, but in conjunction with what seems clearly to be an element of congenital canal narrowing, there is very tight central stenosis at L3-4 and L4-5, but less so at L5-S1. Please see details above.

Thank you for referring your patient to us,

Thank you for referring your patient to us,

Patient:      HENRY-E55595 WILDS
D.O.B.:       02/14/1956
Account #:    9463035

**Continued: Page 2 of 2**

Arthur M. Nathanson, MD
AMN/nw
11/15/07

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

EX # 19

B 113 C

| PATIENT NAME WILDS | CDC NUMBER E55595 | INSTITUTION CTF |
|---|---|---|

| DATE OF BIRTH 2-14-56 | EPRD DATE LIFER | GENDER male |
|---|---|---|

PRINCIPLE DIAGNOSIS  Bod pain
numbner of Lt fort   on +/- 7t

| ICD - 9 CODE | CPT CODE(S) |
|---|---|

REQUESTED SERVICE(S)  New Surg Consult

# OF DAYS RECOMMENDED

*Please circle all that apply:* **Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up**

Requested Treatment/Service is: **EMERGENT     URGENT     ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider: _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*  Hx Low bck pain on +/- 7t
few months  Som f/m  Numbnes of Lt fort

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME N. DAYAN | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE N. Dayan | DATE 12/19/07 | Utilization management tracking #: |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: _____

_____

_____

RECOMMENDATIONS: _____

_____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL  -  FILE IN UHR
GREEN     -  TO UHR PENDING ORIGINAL
CANARY    -  CONSULTANT
PINK      -  UM
GOLD      -  SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

SIERRA VISTA REGIONAL
MEDICAL CENTER
1010 Murray Ave.
San Luis Obispo, CA 93405
805-546-7953
DOB:  02/14/1956
Page 1 of 2

PT:  WILDS, HENRY
MR#:  000705780
PT:  1
ADM:  04/28/2008
ACCT:  010995751
90533RAMBERG

SVM

RM:  0499 A
DIS:
AUTH ID:  V600

OPERATIVE REPORT

DATE OF OPERATION:          04/28/2008

SURGEON:          DONALD A. RAMBERG, M.D.

ASSISTANT SURGEON:

PREOPERATIVE DIAGNOSIS:  Lumbar stenosis L3-S1 with bilateral lumbar radiculitis
and diskogenic pain.

POSTOPERATIVE DIAGNOSIS:  Lumbar stenosis L3-S1 with bilateral lumbar
radiculitis and diskogenic pain.

PROCEDURE:
1.  Bilateral lumbar laminectomy decompression L3-L5.
2.  Bilateral lateral lumbar fusion L3 through sacrum using Infuse and
    autologous bone.
3.  Posterior segmental instrumentation L3 through sacrum using Laguna pedicle
    screws.

DESCRIPTION OF PROCEDURE:  Under general anesthesia, the patient was placed in
the prone position on the Wilson frame.  Back was prepped in the usual manner.
Midline incision was made in the lumbar area.  Dissection was carried down to
expose bilaterally the sacrum and the transverse processes of L3-L5.  X-rays
used for identification.  Fluoro navigation unit was brought and AP and lateral
fluoroscopy were obtained and used for virtual fluoroscopy.  Using this as an
aid,  pedicle screws were placed bilaterally into L3-L5 using 6.0 x 40 mm Laguna
pedicle screws and two 6.0 x 35 mm Laguna pedicle screws were placed in the
sacrum all tested negative for EMG stimulation.  Evoked potentials were done and
EMGs were stable throughout the procedure.  X-ray also showed good placement of
instrumentation.    Then a bilateral decompression L3-4-5 was then done from the
top of the sacrum.  Bone was very hard and dense.  Rongeur was used.  Thecal sac
was decompressed bilaterally.    This seemed to be bilaterally affecting the L5
nerve roots.    The base of the L5-S1 disk hemostasis was achieved with the
bipolar cautery and then some Surgicel.  The transverse processes were
decorticated bilaterally.  Rods were placed using pedicle screws on either side
and all set screws tightened.  X-ray showed good placement.    Along the
transverse processes on either side at each interspace was placed three Infuse
sponges wrapped around a matrix segment, followed by autologous bone.
Hemostasis of the muscle.  The muscle was closed with #1 Vicryl and fascia
closed with #1 Vicryl.  Medium Hemovac drain was placed and the subcutaneous

SIERRA VISTA REGIONAL
MEDICAL CENTER

1010 Murray Ave.
San Luis Obispo, CA 93405

805-546-7953
DOB:  02/14/1956
Page 2 of 2

PT:  WILDS, HENRY
MR#: 000705780
PT:  1
ADM: 04/28/2008
ACCT: 010995751
90533RAMBERG
OPERATIVE REPORT

SVM
RM: 0499 A
DIS:
AUTH ID: V600

tissue closed with 2-0 Vicryl and skin closed with staples.  A sterile dressing
was applied.

DAR:MQ/
d: 04/28/2008 12:18:26  t: 04/28/2008 12:46:20  JOB# 90533

DONALD A. RAMBERG, M.D.

**Sierra Vista**
**Regional Medical Center**
Tenet California

252-2

Scanned
Date 4/28  Time 1320
Signature _____

MD-0016 (03/06)

## HOME MEDICATIONS
(Include Herbal, OTC, Investigational Drugs, and Patches)

## HOSPITAL MEDICATIONS ORDERS

| MEDICATION (PLEASE PRINT) | SC* | DOSE | RTE | FREQ. | REASON FOR USE | LAST TAKEN DATE/TIME | CONTINUE ON ADMISSION | DOSE CHANGE TO... | FREQ. CHANGE TO... | RENEW UPON DISCH |
|---|---|---|---|---|---|---|---|---|---|---|
| Triam/HCTZ | P | 37.5 / 25 | PO | daily | | 4/31/08 | ☑ YES ☐ NO | | | ☑ YES ☐ NO |
| Nifedipine | P | 30 mg | PO | daily | | 4/23/08 | ☑ YES ☐ NO | | | ☑ YES ☐ NO |
| ASA | P | 81 mg | PO | " | ? meds | 4/28/08 | ☐ YES ☐ NO | | | ☑ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| | | | | | | | ☐ YES ☐ NO | | | ☐ YES ☐ NO |

*Source Code: P= Patient  NH= Nursing Home  F= Family Member  H= Hospital Record  B= Med Bottle  Rx= Patient's Pharmacy

ADMITTING NURSE: P. Greene RN          DATE: 4/28/08  TIME: 0600

| NURSE NOTED P. Greene RN | DATE 4/28/08 | TIME 0600 | DATE/TIME 0/18/08 | ADMITTING PHYSICIAN SIGNATURE OR AUTH ID # |
|---|---|---|---|---|
| 24 HR. CHART CHECK BY NURSE K. Gundahlen | DATE 4/29/08 | TIME 0610 | TO/NO | READ BACK:  INITIALS: |

Home and Current Hospital Medications Reviewed Prior to Discharge   ☐ YES  ☐ NO

Discharging Physician's Signature          5/5/08          1 P

COPY FAXED to DR _____ (Primary Care Physician)  ☐ YES  ☐ NO

## DISCHARGE PRESCRIPTION ORDERS (FOR FACSIMILE USE ONLY)
NOT for Schedule II Medications

FAXED AS A COURTESY FOR DOCTOR: _____  FAXED BY: _____  DATE: _____  PHARMACY NAME: _____
PHARMACY FAX#: So Road

| MEDICATION (PLEASE PRINT) | DOSE | ROUTE | FREQ. | REASON FOR USE | QUANTITY | REFILLS |
|---|---|---|---|---|---|---|
| Motrin [Motrin] | 800 mg | PO | TID | pain | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



PHYSICIAN SIGNATURE _____   DATE 5/5/08   DEA NUMBER _____
THE PRESCRIBING PHYSICIAN MUST BE CALLED FOR ALL CLARIFICATIONS

**MEDICATION CONTINUUM**
**ORDER SET**
Page 1 of 1

ACCT#010995751
MR#:000705780  04/28/2008  FC:81  0/35
WILDS, HENRY DOB:02/14/1956
Dr. RAMBERG DONALD A    M  52y
Sierra Vista Regional Medical Center

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5-6-08 | 1455 | | S/p lumbar laminectomy |
| | | | Motrin 800mg po TID PRN pain |
| | | | Lifting restrictions 3 lbs |
| | | | back brace |
| | | | f/u Dr. Ramhery 1 month |
| | | | f/u T PCP 1-2 days |
| | | | |
| | | | V.O Dr Coreman /Cacum |
| | | | 5-6-8 ~1625 [signature] (wolf) |
| | | | |
| | | | RECEIVED MAY 07 2008 By_____ |

| ALLERGIES: | INSTITUTION CTF | ROOM/WING BW 113 |
|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Wilds, H
E 55595

# PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05  93459     DEPARTMENT OF CORRECTIONS

```
                       *** PATIENT PROFILE ***
           Includes All Prescriptions From 04/16/2008
              Discontinued Drugs Are Marked with *
*******************************************************************
E-55595  WILDS, H                                 CURRENT UNIT: CB1-113L
ALLERGIES: PENICILLIN           DOB:   /  /     HT:   ft  in    WT:   0
==================================================================
START    Rx/Qty DRUG
                                                PHYSICIAN       STOP
==================================================================
04/18/2008 970914  TRIAM/HCTZ 37.5/25 MAXZID       KALISHER
LS          30    TAKE 1 TABLET DAILY 30 DAY SUPPLY *KOP*NR    05/18/2008
                                                               CB1-113L
------------------------------------------------------------------
04/18/2008 970915  NIFEDIPINE ER 30MG(ADALAT        KALISHER    05/18/2008
LS          30    TAKE 1 TABLET DAILY 30 DAY SUPPLY *KOP*NR    CB1-113L
------------------------------------------------------------------
04/18/2008 970916  81MG ASA E.C 81MG TAB            KALISHER    05/18/2008
LS          30    TAKE 1 TAB DAILY AFTER MEAL.      *KOP*  *NR* CB1-113L
------------------------------------------------------------------
05/07/2008 975866  IBUPROFEN TABS 800 MG.*          GREWAL      *05/16/2008
MN          42    TAKE 1 TAB 3 TIMES DAILY AFTER MEALS AS NEEDED*KOP CB1-113L
------------------------------------------------------------------
05/16/2008 975866  IBUPROFEN TABS 800 MG.           GREWAL      06/06/2008
TG          42    TAKE 1 TAB 3 TIMES DAILY AFTER MEALS AS NEEDED*KOP CB1-113L
------------------------------------------------------------------
```

Exhibit # 24

## Hospital Pass

Name: *Wilde*                   Number: *E55595*

Date Issued: *5-16-08*          Date Expires: *5-16-08*

Report to: *Central 1300 pm.*

Treatment:

*To See MD.*

CTF-409 (Rev. 1-03)

_____
Doctor or MTA or RN

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/15/08 | | | Chrono medically unassigned X29d. |
| 1130 | | | |
| | | | Bhalesha KAUSHOR |
| | | | Noted 5-15-08 |
| 5-16-08 | | | √ Motrin 300 mpo tid PC PRN x 60 dy |
| | | | — √ Prilosec 20 3P0 QLT 60 dy |
| | | | — √ Mary??? 37.5/25 que al Am x 60 dy |
| | | | — √ BP check up once a week x 60 dy |
| | | | √ chrono for South mattress done |
| | | | √ chrono is one week |
| | | | → labs slip done — M. Dayal |
| | | | RBenda 5/16/08 1445 |

ALLERGIES: PCN

INSTITUTION CMF

ROOM/WING DW 113L

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

WILDS
E 555 95

## PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA          OSP 07 101929          DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: MAY 2 1 2008

In re:    Henry Wilds, E55595
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0724531        Local Log No.: CTF-08-00041

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position he began to experience moderate pain in his lower back in December (1998). As a result, the appellant alleges he attempted to obtain treatment and was finally diagnosed with lumbar disc disease. The appellant further contends his pain is escalating and is requesting to be evaluated by a neurologist; and, to be awarded monetary compensation for the years of deliberate indifference.

**II    SECOND LEVEL'S DECISION:** It is the institution's position the appellant was interviewed by Registered Nurse Fernandez on January 24, 2008. Results of the interview revealed the appellant was referred for a neurosurgery consultation on December 19, 2007, and the appointment is pending. In addition, x-rays were completed on August 15, 2007, and he was informed of the results by Dr. Dayalan on August 29, 2007. On November 5, 2007, a magnetic resonance imaging study was completed of the appellant's lumbar spine. The appellant was informed once he has been examined by the neurosurgeon, a treatment plan will be developed if indicated. The appellant was also advised that the awarding of monetary compensation is beyond the scope of the appeals process.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.    FINDINGS:** The appellant contends he began to experience moderate lower back pain in 1998 and was subsequently diagnosed with lumbar disc disease. The appellant further contends he has been subjected to deliberate indifference as he is not receiving the necessary health care intervention. These allegations are refuted, as the appellant has been evaluated numerous times by a variety of health care providers and has been prescribed the treatment deemed medically necessary, including diagnostic studies and referral for specialty services. On April 28, 2008, the reviewer was informed by K. Dennis, Health Care Appeals Coordinator, the appellant was evaluated by Dr. Ramberg on February 14, 2008, who recommended a laminectomy. On February 22, 2008, Dr. Friederichs submitted a CDC Form 7243, Physician's Request for Services requesting the recommended surgery, which as been scheduled, and is currently pending.     The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. In addition, the Department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. The appellant is advised that it is beyond the scope of the appeals process to award monetary compensation; therefore, his request is denied. After review, there is no compelling evidence that warrants intervention at the Director's Level

HENRY WILDS, E55595
CASE NO. 0724531
PAGE 2

of Review, as the appellant is receiving the treatment deemed medically necessary, including medications, the scheduling of surgical intervention and specialty services.

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3350.2, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Health Care Manager, CTF
       Appeals Coordinator, CTF
       Health Care Appeals Coordinator, CTF

Henry Wilds
E-55595/Bw-113-L
P.O. Box 689
Soledad, CA 93960-0689

**LEGAL MAIL**

RECEIVED

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States
District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102-3483

$ 02.870

LEGAL MAIL

LEGAL MAIL