E-filing

FILED

JUL 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Henry Wilds

      Plaintiff,

vs.

Donald Gines et al.

      Defendant.

CV 08 3348 CW (PR)

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Henry Wilds, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?       Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.  Business, Profession or            Yes ___ No _X_
9          self employment
10     b.  Income from stocks, bonds,         Yes ___ No _X_
11         or royalties?
12     c.  Rent payments?                     Yes ___ No _X_
13     d.  Pensions, annuities, or            Yes ___ No _X_
14         life insurance payments?
15     e.  Federal or State welfare payments, Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.  Are you married?                       Yes ___ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.  a.  List amount you contribute to your spouse's support:$ _____
28     b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?          Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                     Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _X_

_____

8.   What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?   Yes ___  No _X_
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8
9         I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _6-4-08_                           _Henry Wilde_
15  DATE                               SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____Wilds, Henry_____ for the last six months at
[prisoner name]

_____CTF Soledad_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 7.34 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 13.52

Dated: 7-7-08                    _____Yolanda Chung_____
                                  Authorized officer of the institution
                                  Acct. I Spec.

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/7/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____Yolanda Chung_____
    TRUST OFFICE
                Acct. I Spec.

4

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 07/07/08
                                                                           PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 08, 2008 THRU JUL. 07, 2008

ACCOUNT NUMBER  : E55595                       BED/CELL NUMBER: CFBWT1000000113L
ACCOUNT NAME    : WILDS, HENRY                 ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION       COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
----   ----  -----------       -------     ---------  --------  -----------   -------
02/08/2008   BEGINNING BALANCE                                                  16.27
02/19  W515  COPY CHARGE       2640 MCOPY                            10.40       5.87
03/06  D554  INMATE PAYROL     2855 P1                     14.67                20.54
03/08  W515  COPY CHARGE       2920 MCOPY                             4.20      16.34
03/20  W514  VISION CARE C     3061 OPTIC                            16.34       0.00
04/04  D554  INMATE PAYROL     3156 P2                     11.84                11.84
04/09  W512  LEGAL POSTAGE     3287 LPOST                              .97      10.87
05/06  D554  INMATE PAYROL     3626 P18                    15.34                26.21
07/03  D554  INMATE PAYROL     0031 P21                     2.17                28.38

                          CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE      DESCRIPTION          COMMENT          HOLD AMOUNT
------      ----      -----------          -------          -----------
04/23/2008  H102   EYEGLASSES HOLD       3494 OPTIC             41.50
05/01/2008  H110   COPIES HOLD           3608 MCOPY              0.10
07/01/2008  H110   COPIES HOLD           0002 MCOPY              1.20

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
BALANCE       DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
---------     --------   -----------    -------     -------    ------------
  16.27         44.02        31.91        28.38       42.80         0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                          14.42-
```

Correctional Training Facility
P.O. Box 689
Soledad, California 93960-0689
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/7/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE Acct. / Spec.